CO-386
10/2018

# United States District Court
# For the District of Columbia

Democracy Forward Foundation )
)
)
)
Plaintiff )    Civil Action No. __26-cv-02841-SLS__
vs )
)
Administration for Children & )
Families, et al. )
)
Defendant )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Democracy Forward Foundation__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Democracy Forward Foundation__ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Daniel H. Martinez_
Signature

__90025922__
BAR IDENTIFICATION NO.

Daniel H. Martinez
Print Name

P.O. Box 34553
Address

Washington   D.C.          20043
City          State          Zip Code

202-448-9090
Phone Number