# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Democracy Forward Foundation**<br>**Plaintiff**<br><br>**vs**<br><br>**ADMINISTRATION FOR CHILDREN & FAMILIES**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>) | **Case Number: 1:26-cv-02841** |

## AFFIDAVIT OF MAILING SERVICE

I, Jane Panjehshahi, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Jane Panjehshahi, certify that on 08/15/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint** upon the within named **Administration for Children & Families**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402-8362-0855-1275-0010-77 with Return Receipt . The sealed envelope was signed for on **08/18/2026 .** (Exhibit A)

Addressed As Follows: **Administration for Children & Families, Mary E. Switzer Building 330 C Street, S.W. , Washington, D.C. 20201**

**See Attached Signed Copy of Receipt. (Exhibit A)**

I, Jane Panjehshahi, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

8/18/26
Date

88827

Jane Panjehshahi

**Jane Panjehshahi**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 1:26-cv-02841

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Administration for Children & Families

was received by me on *(date)* 8/15/2026 .

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________________ on *(date)* ____________ ; or

I returned the summons unexecuted because ____________________ ; or

☒ Other *(specify)*: **Mailed by Certified Mail 9402-8362-0855-1275-0010-77 to Mary E. Switzer Building 330 C Street, S. W. , Washington, D.C. 20201 on 08/15/2026. Service was signed for on 08/18/2026. (See Exhibit A)**

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 8/18/2026

[signature]
*Server's signature*

88827

Jane Panjehshahi, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint

UNITED STATES POSTAL SERVICE®

August 18, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 0010 77**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 18, 2026, 10:18 am |
| **Location:** | WASHINGTON, DC 20201 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | ADMINISTRATION FOR CHILDREN & FAMILIES |

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | W. Wilson |
| **Address of Recipient:** | W. Wilson<br>HHS<br>20201 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

EXHIBIT A

Administration for Children & Families
Mary E. Switzer Building
330 C Street, SW
Washington, DC 20201
Reference #: 88827
Item ID: 88827