# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Democracy Forward Foundation**
**Plaintiff**

**vs**

**ADMINISTRATION FOR CHILDREN & FAMILIES**
**Defendant**

**Case Number: 1:26-cv-02841**

## AFFIDAVIT OF MAILING SERVICE

I, Jane Panjehshahi, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Jane Panjehshahi, certify that on 08/15/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons & Complaint** upon the within named **Todd Blanche, U.S. Attorney General**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402-8362-0855-1275-0011-69 with Return Receipt . The sealed envelope was signed for on **08/19/2026 .** (Exhibit A)

Addressed As Follows: **Todd Blanche, U.S. Attorney General, 950 Pennsylvania Avenue, NW , Washington, DC 20530-0001**

**See Attached Signed Copy of Receipt. (Exhibit A)**

I, Jane Panjehshahi, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

8/19/26
Date

88829

**Jane Panjehshahi**
P.O. Box 18647
Washington, DC 20036
202-296-0222

Civil Action No. 1:26-cv-02841

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Todd Blanche, U.S. Attorney General

was received by me on *(date)* 8/15/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , ______________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: **Mailed by Certified Mail 9402-8362-0855-1275-0011-69 to 950 Pennsylvania Avenue, NW , Washington, DC 20530-0001 on 08/15/2026. Service was signed for on 08/19/2026. (See Exhibit A)**

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 8/19/2026

[signature]

*Server's signature*

88829

Jane Panjehshahi, Process Server

*Printed name and title*

P.O. Box 18647, Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons & Complaint

UNITED STATES POSTAL SERVICE®

August 19, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1275 0011 69**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | August 19, 2026, 04:33 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™<br>Return Receipt Electronic<br>Up to $100 insurance included |
| **Recipient Name:** | TODD BLANCHE |

## Recipient Signature

**Signature of Recipient:**

**Address of Recipient:**




Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

EXHIBIT A

Todd Blanche
US Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530
Reference #: 88829
Item ID: 88829