AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Democracy Forward Foundation
*Plaintiff*
v.
Administration for Children & Families, et al.
*Defendant*

Case No. 1:26-cv-02841

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Democracy Forward Foundation .

Date: 08/28/2026

*Attorney's signature*

Robin F. Thurston (DC Bar No: 1531399)
*Printed name and bar number*

P.O. Box 34553
Washington, DC 20043

*Address*

rthurston@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 921-4875
*FAX number*

Print Save As... Reset