UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION<br>Plaintiff,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES et al.,<br><br>Defendants. | Civil Action No. 26-2841 (SLS) |

**MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Pursuant to Rule 6(b), Defendants respectfully move for a 30-day extension of the deadline to answer Plaintiffs' complaint in this case. Prior to filing this motion, undersigned counsel conferred with Plaintiffs, through counsel, and counsel stated the Plaintiff would consent only to a 21-day extension.

Plaintiffs filed this action on August 12, 2026 contesting Defendant's response to five separate but topically related FOIA requests that Plaintiff submitted under the Freedom of Information Act which were submitted to Defendants in May and July 2026. *See* ECF No. 1. Defendant's response to the Complaint is currently due on September 16, 2026. Defendant seeks a 30-day extension of that deadline to October 16, 2026.

There is good cause to grant this motion. An attorney from the Department of Health and Human Services has just been assigned to work on this case and will need time to familiarize herself with the five different FOIA requests at issue in this litigation so that she can assist in drafting the answer to the complaint. Undersigned counsel also has multiple briefing deadlines in other cases over the next three weeks and a 30-day extension will allow counsel to work with HHS to identify any issues that might complicate processing the FOIA requests at issue.

Defendants propose this extension in good faith and not for the purpose of delay and Plaintiff will not be prejudiced by a 30-day extension to file the answer. Plaintiff's counsel conveyed that he believed a shorter extension would help Plaintiff receive responsive documents more quickly. Plaintiff's counsel is mistaken. Agencies do not coordinate their FOIA processing timeline with the deadline to file an answer in a FOIA lawsuit. Moreover, the responses to those requests are likely to require significant review for exempt third party personally identifiable information because the requested material pertains to minors. For the same reasons, granting Defendants' motion is unlikely to significantly affect future deadlines, and will allow Defendant sufficient time to respond to the Complainant and to inquire into the status of the response to the FOIA requests at issue.

WHEREFORE, Defendants respectfully request that the deadline to respond to the Complaint be extended to October 16, 2026. A proposed order is enclosed herewith.

Dated: September 14, 2026
Washington D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Michael Yohannan*

MICHAEL YOHANNAN
PA Bar #307575
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
Telephone: 202-809-2054
Michael.Yohannan@usdoj.gov

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES et al.<br><br>Defendants. | Civil Action No. 26-2841(SLS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant the Department of Homeland Security's motion for an extension of time to respond to Plaintiff's Complaint, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for Defendants to file its response to Plaintiffs' Complaint is extended to, and including, October 16, 2026.

SO ORDERED:

________________
Date

____________________________
SPARKLE L. SOOKNANAN
United States District Judge