UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES et al.<br><br>Defendants. | Civil Action No. 26-2841(SLS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant the Department of Homeland Security's motion for an extension of time to respond to Plaintiff's Complaint, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for Defendants to file its response to Plaintiffs' Complaint is extended to, and including, October 16, 2026.

SO ORDERED:

______________
Date

______________________________
SPARKLE L. SOOKNANAN
United States District Judge