UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN & FAMILIES, *et al.*,<br><br>Defendants. | Case No. 26-cv-2841 (SLS) |

**PLAINTIFF'S RESPONSE IN PARTIAL OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION TIME TO ANSWER COMPLAINT**

Plaintiff Democracy Forward Foundation respectfully partially opposes Defendants' motion for extension of time to answer the Complaint until October 16, 2026. Plaintiff does not oppose a 21-day extension through October 7, 2026, which Plaintiff offered during the parties' Local Civil Rule 7(m) conferral.

In this FOIA matter, Plaintiff seeks records on the important and sensitive issue of the care of unaccompanied noncitizen children in the custody of Defendants. *See* Compl. ¶¶ 6–8, ECF No. 1. The nine-page complaint contains five FOIA requests that Plaintiff sent between May and early July of this year. *Id.* ¶¶ 8–28. The only responses Plaintiff has received are auto-acknowledgments received shortly after the FOIA requests were sent. *Id.* ¶¶ 10–11, 14–15, 18–19, 22–23, 25–26. As a professional courtesy, and recognizing that government counsel has competing litigation obligations, Plaintiff consented to a 21-day extension, provided that Defendants agree to provide a more fulsome update on the status of Plaintiff's requests at that time. Government counsel rejected that proposal.

Plaintiff believes this accommodation appropriately balances government counsel's scheduling concerns with Plaintiff's interest in the prompt resolution of its FOIA requests. Moreover, Defendants have not shown good cause to merit this extension.[1] The brief Complaint raises straightforward FOIA claims concerning Plaintiff's submission of requests and Defendants' lack of response, and Defendants offer no reason, in their motion or conferral, why they assigned agency counsel to the matter late. In effect, they seek a doubling of FOIA's accelerated statutory timeline for response without offering a compelling reason.

Accordingly, Plaintiff respectfully requests that Court deny Defendants' motion seeking an extension until October 16, 2026, and instead extend Defendants' deadline to respond to the Complaint until October 7, 2026, and require Defendants to provide Plaintiff an update on the status of the searches for the FOIA requests, including the estimated date and volume of production by October 9, 2026. A proposed order is attached.

Dated: September 15, 2026

Respectfully submitted,

/s/ *Daniel H. Martinez*
Daniel H. Martinez
(Bar No. 90025922)
Daniel A. McGrath
(Bar No. 1531723)
Ronald A. Fein
(Bar No. 90026641)
Robin F. Thurston
(Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION

[1] Because Plaintiff agreed to a 21-day extension only if Defendants provided more information about the status of the searches, and the estimated volume and production when they filed the answer, which would necessarily move the FOIA processing forward, Defendants' argument that Plaintiff was "mistaken" that such proposal would not "help Plaintiff receive responsive documents more quickly" does not hold water. Mot. at 2. And, of course, Plaintiff's reason for filing suit is to compel Defendants' compliance with the FOIA and receive records that were not released within the statutory timeframe.

P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmartinez@democracyforward.org
dmcgrath@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org