UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN & FAMILIES, *et al.*,<br><br>Defendants. | Civil Action No. 26-2841 (SLS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Extension of Time to Answer Complaint ("Motion"), it is hereby

ORDERED that the Motion is DENIED IN PART and GRANTED IN PART; it is

ORDERED that Defendants respond to the Complaint (Dkt. 1) by October 7, 2026; and it is further

ORDERED that Defendants meet and confer with Plaintiff to provide information about the status of searches and the estimated date and volume of records responsive to Plaintiff's FOIA requests by October 9, 2026.

Dated: ___________________

_________________________
Sparkle L. Sooknanan
United States District Judge