**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-2841 (SLS)<br>Judge Sparkle L. Sooknanan |

**ORDER**

The Plaintiff filed this Freedom of Information Act ("FOIA") action on August 12, 2026. ECF No. 1. The Defendants filed an Answer on October 16, 2026. ECF No. 15. Cases filed under FOIA are exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3. *See* Local Civ. R. 16.3(b)(10) ("The requirements of this Rule and of Fed. R. Civ. P. 16(b) and 26(f)[] shall not apply in . . . FOIA actions."). Accordingly, the Court **ORDERS** the Parties to meet and confer and to file a joint status report by **November 16, 2026**.

The Joint Status Report shall address (1) the status of the Plaintiff's FOIA request; (2) the anticipated number of records responsive to the Plaintiff's FOIA request; (3) the anticipated date (month and year) for the release of the documents requested by the Plaintiff; (4) whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); (5) whether a *Vaughn* index will be required in this case; (6) whether and when either party anticipates filing a dispositive motion; and (7) any other pertinent issues. The Court expects the Parties to work expeditiously to resolve this case and to alert the Court of any issues that stand in the way of such resolution. All future joint status reports shall address (1) the number

of pages responsive to the Plaintiff's FOIA request or (if unknown) the anticipated date when that number will be determined, and (2) the anticipated date (month and year) for the release of the documents requested by the Plaintiff.

The Parties are to communicate with the Court by motion, opposition, reply, or notice, but not by letter or phone call. Inquiries concerning the status or scheduling of pending matters shall be directed to the Courtroom Deputy Clerk, Mr. Henry Johnston (henry_johnston@dcd.uscourts.gov), rather than to chambers. If Mr. Johnston is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office who has been designated as his substitute. Chambers personnel will not handle questions relating to the status or scheduling of pending matters, nor will chambers staff provide legal advice of any kind. In an emergency, however, chambers can be contacted at (202) 354-3220.

The Court will grant continuances, extensions, or enlargements of time only upon the filing of a motion. Motions for continuance of a court date must be filed at least five days before the hearing and must include at least two alternative dates that have been agreed to by the Parties. Requests that do not include alternative dates acceptable to all parties will be denied. Motions for extensions of existing deadlines must be filed at least five days before the applicable deadline. Motions filed outside that window will be denied absent extraordinary circumstances.

**SO ORDERED.**

SPARKLE L. SOOKNANAN
United States District Judge

Date: October 19, 2026