UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION<br>Plaintiff,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES et al.,<br><br>Defendants. | Civil Action No. 26-2841 (SLS) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Pursuant to Rule 6(b), Defendants respectfully move for a 2-day extension of the deadline to file the first joint status report in this case. Prior to filing this motion, undersigned counsel conferred with Plaintiffs, through counsel, and counsel stated the Plaintiff does not oppose the relief sought in this motion.

Plaintiffs filed this action on August 12, 2026 contesting Defendant's response to five separate but topically related Freedom of Information Act ("FOIA") requests that Plaintiff submitted to Defendants in May and July 2026. *See* ECF No. 1. Defendants answered on October 16, 2026. (ECF No. 15). On October 19, 2026, the Court ordered the parties to file their first joint status report by November 16, 2026.

There is good cause to grant this motion. The attorney from the Department of Health and Human Services who is assigned to this case was on leave for part of last week and then, later in the week, that attorney was affected by the outage of Microsoft Outlook. That email outage hindered her ability to obtain information on the status of Plaintiffs' five different FOIA requests and to communicate with undersigned counsel. Defendants need extra time to gather information

on the status of the requests that will be useful to both Plaintiffs and the Court. This would be a very short extension and so Defendants' motion is unlikely to significantly affect future deadlines.

WHEREFORE, Defendants respectfully request that the deadline to file the joint status report be extended to November 18, 2026. A proposed order is enclosed herewith.

Dated: November 15, 2026
Washington D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Michael Yohannan*

MICHAEL YOHANNAN
PA Bar #307575
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
Telephone: 202-809-2054
Michael.Yohannan@usdoj.gov

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES et al.<br><br>Defendants. | Civil Action No. 26-2841(SLS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to file the Joint Status Report due November 16, 2026t, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for the parties to file their first joint status report is extended to, and including, November 18, 2026.

SO ORDERED:

________________
Date

______________________________
SPARKLE L. SOOKNANAN
United States District Judge