UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

Plaintiff,

v.

ADMINISTRATION FOR CHILDREN AND FAMILIES et al.

Defendants.

Civil Action No. 26-2841(SLS)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to file the Joint Status Report due November 16, 2026, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that the deadline for the parties to file their first joint status report is extended to, and including, November 18, 2026.

SO ORDERED:

________________
Date

____________________________
SPARKLE L. SOOKNANAN
United States District Judge