UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION<br>Plaintiff,<br><br>v.<br><br>ADMINISTRATION FOR CHILDREN AND FAMILIES et al.,<br><br>Defendants. | Civil Action No. 26-2841 (SLS) |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's order dated November 16, 2026.

1. Plaintiffs filed this action on August 12, 2026 contesting Defendant's response to five separate but topically related Freedom of Information Act (FOIA) requests that Plaintiff submitted to Defendants in May and July 2026. *See* ECF No. 1. These five FOIA requests all pertain to HHS records related to non-citizen unaccompanied minors.

2. On October 16, 2026, Defendants answered the Complaint. ECF No. 15. Defendants refer the Court to Defendant's answers and affirmative defenses. *Id.*

3. The status of the five FOIA requests at issue in this case are as follows:

4. **Request 26-753:** This is a request for information about active care provider facilities and out of network placements for unaccompanied minors in the custody of the Office of Refugee Resettlement from January 1, 2025 through the date of the search.

   a. **Status:** Following a search, HHS identified a responsive Excel spreadsheet containing 414 rows of data. HHS is planning to produce any non-exempt data from this spreadsheet by the end of January 2027.

5. **Request 26-754:** This is a two-part FOIA request. The first part is a request for at least 12 different details about each active care provider facility and out of network placement for unaccompanied minors in the custody of the Office of Refugee Resettlement from January 1, 2025 through the date of the search. The second part of this request seeks various information about "database systems of active care facilities and OON placements where unaccompanied children in the custody of ORR live."

   a. **Status:** Following a search, HHS identified a responsive Excel spreadsheet containing 414 rows of data. This is the same spreadsheet that is responsive to Request 26-753. HHS is planning to produce any non-exempt information from this spreadsheet by the end of January 2027.

6. **Request 26-1079:** This is a request for official and unofficial "significant incident reports involving unaccompanied minor children from January 20, 2025 through the date of the search." Defendants anticipate these records will require extensive review for exempt third party PII.

   a. **Status:** Following a search, HHS identified a responsive Excel spreadsheet containing approximately 46,004 rows or 11,504 pages of data. HHS is planning to produce any non-exempt information from this spreadsheet by the end of January 2027.

7. **Request 26-1083:** This is a request for all email communications and text messages sent by at least four individuals that contain four particular terms from June 1, 2025 through the date of the search.

a. **Status:** HHS reports that this search returned 18,444 electronic files. The number of pages would be much higher. The Parties will discuss narrowing this request and provide an update to the Court in the next joint status report.

8. **Request 26-627**: This is a request for emails sent by at least four individuals that contain at least one of eleven key terms from July 1, 2025 through the present.

a. **Status:** HHS reports that this search returned 10,419 electronic files. The number of pages is likely much higher. The Parties will discuss narrowing this request and provide an update to the Court in the next joint status report.

9. **Meet and Confer**: The Parties will meet and confer by December 22, 2026 to narrow the field of documents responsive to Requests 26-627 and 26-1083.

10. **Motion for Stay:** At this time, Defendants do not anticipate that an *Open America v. Watergate Special Prosecution Force et al.*, 547 F.2d 605 (D.C. Cir. 1976) stay is warranted.

11. **Vaughn Index and Summary Judgment:** The Parties believe that summary judgment briefing and the filing of a Vaughn Index is premature at this time.

**Further Updates:** These FOIA requests will take significant time and attention to process correctly given the breadth of the requests and the likelihood that some of the requests seek information with third party personally identifiable information of children. Defendants are also processing numerous other complex FOIA requests and are responding to Court deadlines in other FOIA litigation. In light of the commitment to confer and Defendants' reported progress toward initial productions, the Parties agree that the Court should set a further Joint Status Report in 90 days, *i.e.,* by February 16, 2027.

Dated: November 18, 2026
Washington, D.C.

Respectfully submitted,

/s/ Daniel H. Martinez
Daniel H. Martinez (Bar No. 90025922)
Daniel A. McGrath (Bar No. 1531723)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C.
(202) 448-9090
dmartinez@democracyforward.org
dmcgrath@democracyforward.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

/s/ Michael E. Yohannan
MICHAEL E. YOHANNAN
PA Bar No. 307575
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-2054
Michael.Yohannan@usdoj.gov

*Attorneys for United States of America*